# Court of Appeals
# of the State of Georgia

ATLANTA,    April 09, 2015

*The Court of Appeals hereby passes the following order:*

## A15D0312. ANGELA GREENE JOHNSON v. GIRL SCOUTS OF GREATER ATLANTA, INC. et al.

On January 21, 2015, Angela Greene Johnson filed a pro se application for discretionary appeal in the Supreme Court, which transferred it here after determining that the case did not invoke the Supreme Court's subject matter jurisdiction. The Supreme Court's order notes that Johnson "seeks review of a February 1, 2012 order dismissing her complaint in which she sought damages for intentional infliction of emotional distress, negligence, and, arguably, violations of Title VII of the federal Civil Rights Act of 1964." Although it appears from the application materials before us that the trial court's order is a directly appealable final judgment, see OCGA § 5-6-34 (a), we lack jurisdiction to consider Johnson's application because it is untimely.

Ordinarily, if a party applies for discretionary review of a directly appealable order, we grant the application under OCGA § 5-6-35 (j). To fall within this general rule, however, the application must be filed within 30 days of entry of the order to be appealed. See OCGA § 5-6-35 (d) & (j); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Because Johnson filed her application nearly three years after entry of the order dismissing her complaint, the application is untimely, and it is therefore DISMISSED for lack of jurisdiction.[1]

_____

[1] Johnson filed a notice of appeal in this Court on April 13, 2012, attempting to directly appeal the same February 1, 2012 court order, but we dismissed the direct



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _____04/09/2015_____
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*

appeal as untimely. *Johnson v. Girl Scouts of Greater Atlanta*, Case No. A12A2426 (dismissed August 15, 2012).